■ LUIS A. VELASCO et al., Appellants, v 34-06 73RD STREET, LLC, Respondent, et al., Defendant. [994 NYS2d 864]—

In an action, inter alia, for the return of a down payment given pursuant to a contract for the sale of real property, the plaintiffs appeal from a judgment of the Supreme Court, Queens County (Risi, J.H.O.), dated April 3, 2013, which, upon a decision of the same court dated November 10, 2010, made after a nonjury trial, is in favor of the defendant 34-06 73rd Street, LLC, and against them, and directs the escrow agent to remit the down payment to the defendant 34-06 73rd Street, LLC.

Ordered that the judgment is affirmed, with costs.

"In reviewing a decision made after a nonjury trial, the power of this Court is as broad as that of the trial court, and we may render a judgment we find warranted by the facts, bearing in mind that in a close case, the trial judge had the advantage of seeing the witnesses" (*DeAngelis v DeAngelis*, 104 AD3d 901, 902 [2013] [internal quotation marks and citation omitted]; *see Northern Westchester Professional Park Assoc. v Town of Bedford*, 60 NY2d 492, 499 [1983]). Here, we find that the judgment of the Supreme Court was warranted by the facts presented at trial. Eng, P.J., Dillon, Duffy and Barros, JJ., concur.